393 A.2d 1207

**COMMONWEALTH of Pennsylvania**

**v.**

**Nancy VALENTIN, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1978.

Decided Nov. 18, 1978.

Louis Silverman, Franchot A. S. Golub, Philadelphia, for appellant.

Edward G. Rendell, Dist. Atty., Steven H. Goldblatt, Deputy Dist. Atty. for Law, Robert B. Lawler, Chief, Appeals Div., William C. Turnoff, Asst. Dist. Attys., Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

This was a direct appeal from the judgment of sentence after a finding of guilty of voluntary manslaughter. After a review of the record, we are satisfied that the evidence is sufficient to support the verdict.

Judgment of sentence is affirmed.

POMEROY, J., did not participate in the consideration or decision of this case.